B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY PETITION |
|---|---|
| Western District of Texas | |

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Bates, Stan P. | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): XXX-XX-3280 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 3911 Luz Del Faro, San Antonio TX, 78261 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Bexar County 78261 | |
| ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☑ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor FWLL, LLC | Case Number 15-52071-CAG | Date 8/27/15 |
|---|---|---|
| Relationship Owner and Officer of FWLL, LLC | District Western District of Texas | Judge Gargotta |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor  Bates, Stan P.

Case No. _____

---

**TRANSFER OF CLAIM**

☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Jude Bond (signature)_ | x _(signature)_  10/5/15 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Jude Bond | Smeberg Law Firm, PLLC |
| Name of Petitioner          10/5/15 | Name of Attorney Firm (If any) |
|                          Date Signed | 2010 W. Kings Hwy, San Antonio TX, 78201 |
| Name & Mailing | Address |
| Address of Individual          Jude Bond | (210) 695-6684 |
| Signing in Representative          618 Gulf Boulevard | Telephone No. |
| Capacity          Indian Rocks Beach, FL | |
|                          33785 | |

| | |
|---|---|
| x _Jude Bond (signature)_ | x _(signature)_  10/5/15 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Bond Multimedia, LLC | Smeberg Law Firm, PLLC |
| Name of Petitioner          10/5/15 | Name of Attorney Firm (If any) |
|                          Date Signed | 2010 W. Kings Hwy, San Antonio TX, 78201 |
| Name & Mailing | Address |
| Address of Individual          Jude Bond | (210) 695-6684 |
| Signing in Representative          618 Gulf Boulevard | Telephone No. |
| Capacity          Indian Rocks Beach, FL | |
|                          33785 | |

| | |
|---|---|
| x **See attached** | x _(signature)_  10/5/15 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Kingdom Chevrolet, Inc. | Smeberg Law Firm, PLLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 2010 W. Kings Hwy, San Antonio TX, 78201 |
| Name & Mailing | Address |
| Address of Individual          6603 S. Western Ave. | (210) 695-6684 |
| Signing in Representative          Chicago IL, 60636 | Telephone No. |
| Capacity | |

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jude Bond 618 Gulf Boulevard Indian Rocks Beach, FL 337 | Jdgmt, Indemnification | 41,676.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Bond Multimedia, LLC 618 Gulf Boulevard Indian Rocks Be | Jdgmt, Contract Breach | 41,676.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kingdom Chevrolet, Inc. 6603 S. Western Ave. Chicago IL, 6 | Jdgmt, Fraud | 31,873.02 |

Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

| Total Amount of Petitioners' Claims | 129,220.02 |
|---|---|

◼ _2_continuation sheets attached

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____ _____ *executive Mgr*
Signature of Petitioner or Representative (State title)

John D. Sauder Auto Company

Name of Petitioner

*9/28/15*

Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

*John D Sauder Auto Co /Candance Sauder King*
4161 Oregon Pike
Ephrata, Pennsylvania 17522

Amount of Claim: $13,995.00 for Fraud and Breach of Contract

X _____

Signature of Attorney

Smeberg Law Firm, PLLC

Name of Attorney Firm (if any)

2010 W. Kings Hwy, San Antonio TX, 78201

Address

(210) 695-6684

Telephone No.

*10/5/15*

Date

Name of Debtor:

Case No.:

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _(signature)_ President | x _(signature)_ 10/5/15 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney Date |
| Kingdom Chevrolet, Inc. 9-30-15 | The Smeberg Law Firm, PLLC |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) 2010 West Kings Highway |
| Name & Mailing Richard Ruscitti | Address San Antonio TX 78201 |
| Address of Individual 6603 S. Western Ave | |
| Signing in Representative Chicago, IL 60636 | |
| Capacity | Telephone No. 210-695-6684 |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney Date |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

| | |
|---|---|
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney Date |
| Name of Petitioner Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioner's Claims |

_____ continuation sheets attached