Copyright 2000 ADP, Inc. ON DEMAND CHECK NON NEGOTIABLE CUD1S

| CHECK CONTROL NO. | 997231 | | ISSUED BY: Lucinda_LANDIS | | John D. Sauder Auto Co. Ephrata, PA 17522 | PAGE 1C |
|---|---|---|---|---|---|---|
| INVOICE STOCK NO. | INVOICE DATE | PURCHASE ORDER NO. | COMMENT/V.I.N. | AMOUNT | DISCOUNT/ ACCOUNT NO. | NET AMOUNT |
| | 092613 | JSC1013 | | | | 13,995.00 |
| | | | | 997231 | 5*20200 | -13,995.00 |
| | | | | OCTPROMO13 | 5*27401 | 13,995.00 |
| | | | | TOTAL | 20200 | 13,995.00 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK    REMITTANCE ADVICE



4161 Oregon Pike
Ephrata, PA 17522
(717) 859-7700
1-800-JSauder
www.johnsauderauto.com

Fulton Bank
Lancaster, PA

997231

60-142/313

| DATE | PAY THIS AMOUNT | AMOUNT OF CHECK |
|---|---|---|
| 09/26/13 | ******13,995 DOLLARS 00 CENTS | *****13,995.00 |

John D. Sauder Auto Co.

TO THE ORDER OF    B & B

********************
*** NOT NEGOTIABLE ***
BY _____
********AUTHORIZED SIGNATURE********

ACCOUNTING COPY

9/20/13      FedEx Ship Manager - Print Your Label(s)

From: (717) 859-7700    Origin ID: LNSA    **FedEx Express**
Bob Houston
John Sauder Chevrolet
4161 Oregon Pike

EPHRATA, PA 17522

Ship Date: 20SEP13
ActWgt: 1.0 LB
CAD: 103390754/INET3430

Delivery Address Bar Code

J13201306280326

SHIP TO: (210) 289-7639   X 1    BILL SENDER
**Stan Bates C.E.O**
**B & B Marketing and Training**
**3911 Luz del Faro**

**SAN ANTONIO, TX 78261**

Ref #
Invoice #
PO #
Dept #

TRK# 7967 3412 0453
0201

SATURDAY 12:00P
PRIORITY OVERNIGHT
RES
**78261**
TX-US
SAT

Handwritten: Oct Promo 13 / Put in Outside / Send Monday / w/ Cards First

51AGI/9256/1A9E

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Invoice

**Attention:** **Bob Houston,**
*Pre-Owned Manager*

bhouston@johnsauderauto.com

3911 Luz del Faro,
Ste. 200
San Antonio, Texas 78261
T (210) 289-7639
F (210) 568 - 4342

**John Sauder Chevrolet**

4161 Oregon Pike

Ephrata Township, PA 17522

717-859-7700

P.O.C. Jay Kilheeney
Account Manager:
Cell# (570) 447-4699
Jkilheeney916@comcast.net

**Date: 09/17/2013**

PROJECT DESCRIPTION: **October Marketing Event**
INVOICE NUMBER: JSC1013
TERMS: Due upon Receipt

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| 12,500 Targeted envelop mailers 8.5 x 11.4/1 Inserted into 10# kraft window envelope. Event days October 16th, 17th, 18th & 19th, 2013. | 12,500 | $1.04 | $13,000.00 |
| Individual Dealer Insurance with 1 Guaranteed Winner of $1 scratch off card, provided by dealer, and up to $20,000.00 in other prizes. | | | $400.00 |
| **www.OverstockCars.info** Toll Free number **(855) 209-7646** for 6 days October 14th – 19th, 2013. | 6 days | $595.00 | $595.00 |
| Business Development Center (BDC) facilitating phone calls, e-leads, and setting appointments. | 6 Days | | $0.00 |
| | | Subtotal | $13,995.00 |
| | | Total | $13,995.00 |

*(handwritten note: Lottery Ticket)*

*Your B & B Account Manager: Jay Kilheeney      (570) 447-4699*