

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 06, 2018**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-52459-CAG |
| | § | |
| STAN P. BATES | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 PROCEEDING |

**ORDER APPROVING TRUSTEE'S APPLICATION
FOR COMPENSATION AND EXPENSES**

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which Jose C. Rodriguez, the Chapter 7 Trustee for the estate requests compensation in the amount of $17,425.75 and reimbursement of expenses in the amount of $960.67. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $17,425.75 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $960.67 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the Chapter 7 Trustee, the Chapter 7 Trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###

Order Submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net