# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| STAN P BATES | § | Case No. 15-52459 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSE C. RODRIGUEZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,482,000.00 *(Without deducting any secured claims)* | Assets Exempt: 21,460.00 |
| Total Distributions to Claimants: 249,635.12 | Claims Discharged Without Payment: 16,202,854.41 |
| Total Expenses of Administration: 33,879.94 | |

3) Total gross receipts of $ 303,515.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,000.00 (see **Exhibit 2**), yielded net receipts of $ 283,515.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 202,500.00 | $ 31,242.43 | $ 1,760.97 | $ 1,760.97 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,879.94 | 33,879.94 | 33,879.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 35,006.00 | 32,357.34 | 30,197.05 | 30,197.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,762,528.77 | 27,785,101.33 | 14,853,466.53 | 217,677.10 |
| **TOTAL DISBURSEMENTS** | $ 6,000,034.77 | $ 27,882,581.04 | $ 14,919,304.49 | $ 283,515.06 |

4) This case was originally filed under chapter 7 on 10/06/2015. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2018        By:/s/JOSE C. RODRIGUEZ
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEPOSITS OF MONEY | 1129-000 | 303,515.06 |
| **TOTAL GROSS RECEIPTS** | | **$ 303,515.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STAN P. BATES | Non-Estate Funds Paid to Third Parties | 8500-002 | 20,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercedes Benz Financial | | 110,000.00 | NA | NA | 0.00 |
| | Security Service FCU | | 47,500.00 | NA | NA | 0.00 |
| | Security Service FCU | | 45,000.00 | NA | NA | 0.00 |
| 4A | INTERNAL REVENUE SERV | 4300-000 | NA | 31,242.43 | 1,760.97 | 1,760.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 202,500.00 | $ 31,242.43 | $ 1,760.97 | $ 1,760.97 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSE C. RODRIGUEZ | 2100-000 | NA | 17,425.75 | 17,425.75 | 17,425.75 |
| JOSE C. RODRIGUEZ | 2200-000 | NA | 960.67 | 960.67 | 960.67 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 269.12 | 269.12 | 269.12 |
| BANK OF KANSAS CITY | 2600-000 | NA | 58.20 | 58.20 | 58.20 |
| 2040 BABCOCK, LTD. | 2990-000 | NA | 11,716.96 | 11,716.96 | 11,716.96 |
| JOSE C. RODRIGUEZ | 3110-000 | NA | 3,217.50 | 3,217.50 | 3,217.50 |
| JOSE C. RODRIGUEZ | 3120-000 | NA | 231.74 | 231.74 | 231.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 33,879.94 | $ 33,879.94 | $ 33,879.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | OFFICE OF THE ATTORNEY GENERAL - 20 | 5100-000 | NA | 1,114.91 | 1,114.91 | 1,114.91 |
| 4B | INTERNAL REVENUE SERV | 5800-000 | 35,006.00 | 31,242.43 | 29,082.14 | 29,082.14 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 35,006.00 | $ 32,357.34 | $ 30,197.05 | $ 30,197.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Bank | | 0.00 | NA | NA | 0.00 |
| | Asher Logistics | | 301,472.28 | NA | NA | 0.00 |
| | Berger, Adam, atty | | 0.00 | NA | NA | 0.00 |
| | Bond Multimedia LLC | | 0.00 | NA | NA | 0.00 |
| | Bond, Jude | | 0.00 | NA | NA | 0.00 |
| | Canyon Frac | | 0.00 | NA | NA | 0.00 |
| | Columbia IT | | 230.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CORT | | 447.40 | NA | NA | 0.00 |
| | CPS Energy/Bk Section | | 0.00 | NA | NA | 0.00 |
| | David Kinder | | 0.00 | NA | NA | 0.00 |
| | Dish Network | | 0.00 | NA | NA | 0.00 |
| | Eco-Merge USA | | 0.00 | NA | NA | 0.00 |
| | Elkhorn Ridge LLC | | 0.00 | NA | NA | 0.00 |
| | Forest Park Medical Center | | 0.00 | NA | NA | 0.00 |
| | FWL-MX. LLC | | 0.00 | NA | NA | 0.00 |
| | Guardian Protection | | 115.72 | NA | NA | 0.00 |
| | IPFS Corporation | | 5,470.78 | NA | NA | 0.00 |
| | Lamar Companies | | 5,600.00 | NA | NA | 0.00 |
| | Life Time Fitness | | 40.00 | NA | NA | 0.00 |
| | MH Designs | | 34.53 | NA | NA | 0.00 |
| | NavPort LLC | | 2,132.00 | NA | NA | 0.00 |
| | Office Depot | | 124.62 | NA | NA | 0.00 |
| | Pacorini Global Serv | | 97,380.50 | NA | NA | 0.00 |
| | Psamathe Sands LLC | | 240,654.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RLI Logistics Sol | | 966.69 | NA | NA | 0.00 |
| | Shale Oil & Gas Mag | | 1,000.00 | NA | NA | 0.00 |
| | Thum, Richard | | 700,000.00 | NA | NA | 0.00 |
| | Time Warner Cable | | 1,870.25 | NA | NA | 0.00 |
| | Union Square SPE | | 4,623.00 | NA | NA | 0.00 |
| | United Healthcare Serv | | 2,402.53 | NA | NA | 0.00 |
| | ZSV LLC | | 0.00 | NA | NA | 0.00 |
| 1 | 2040 BABCOCK LTD | 7100-000 | 0.00 | 1,251,602.50 | 0.00 | 0.00 |
| 2 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 47,547.89 | 47,547.89 | 47,547.89 | 696.83 |
| 13 | CONN'S CREDIT | 7100-000 | NA | 2,750.60 | 0.00 | 0.00 |
| 10 | DE LAGE LANDEN FINANCIAL SERVICES | 7100-000 | 415.90 | 15,468.03 | 0.00 | 0.00 |
| 3 | DENISE CANTU | 7100-000 | 550,000.00 | 900,000.00 | 0.00 | 0.00 |
| 6 | HITACHI CAPITAL AMERICA CORP. | 7100-000 | 200,000.00 | 22,521.16 | 22,521.16 | 330.06 |
| 14 | IMPULSA INTERNATIONAL FW, LLC | 7100-000 | 1,400,000.00 | 1,246,158.63 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | JOHN D. SAUDER AUTO COMPANY | 7100-000 | 0.00 | 14,671.08 | 14,671.08 | 215.01 |
| 9 | KINGDOM CHEVEROLET, INC. | 7100-000 | 0.00 | 33,454.39 | 33,454.39 | 490.29 |
| 15 | MAVERICK SAND, LLC | 7100-000 | 2,200,000.00 | 2,220,044.16 | 0.00 | 0.00 |
| 5 | MIDLAND FUNDING LLC | 7100-000 | NA | 3,028.40 | 3,028.40 | 44.38 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 24,385.30 | 24,385.30 | 357.38 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 14,066.58 | 14,066.58 | 206.15 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 14,669.28 | 14,669.28 | 214.98 |
| 12 | RANDOLPH N. OSHEROW | 7100-000 | NA | 14,678,723.13 | 14,678,723.13 | 215,122.02 |
| 7 | RICHARD THUM AND 2040 BABCOCK, LTD | 7100-000 | 0.00 | 3,799,267.77 | 0.00 | 0.00 |
| 16 | SALACIA LOGISTICS, LLC | 7100-000 | NA | 3,465,500.00 | 0.00 | 0.00 |
| 4C | INTERNAL REVENUE SERV | 7400-000 | NA | 31,242.43 | 399.32 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,762,528.77 | $ 27,785,101.33 | $ 14,853,466.53 | $ 217,677.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-52459 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STAN P BATES | | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 05/07/2018 | | | | Claims Bar Date: | 05/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CARS, VANS, TRUCKS, TRACTORS, SUV<br><br>2015 GMC Denali<br>mileage 15,000<br><br>Lien with Security Service FCU for $60,000.00<br>Lien to be retained and reaffirmed | 45,000.00 | 0.00 | | 0.00 | FA |
| 2. CARS, VANS, TRUCKS, TRACTORS, SUV<br><br>2015 GMC Denali<br>mileage 9,000<br><br>Lien with Security Service FCU for $60,000.00<br>Lien to be retained and reaffirmed | 47,500.00 | 0.00 | | 0.00 | FA |
| 3. CARS, VANS, TRUCKS, TRACTORS, SUV<br><br>2015 Mercedes G 550<br>mileage 10,100<br><br>Lien with Mercedes Benz Financial for $121,000.00<br>Lien to be retained and reaffirmed | 103,000.00 | 0.00 | | 0.00 | FA |
| 4. WATERCRAFT, AIRCRAFT, MOTOR HOMES<br><br>2012 Yamaha 90 Raptor<br>4 wheeler (son's vehicle not property of debtor's estate included for disclosure purposes only) | 500.00 | 0.00 | | 0.00 | FA |
| 5. WATERCRAFT, AIRCRAFT, MOTOR HOMES<br><br>2014 Polaris 90<br>4 wheeler (daughter's vehicle included for disclosure purposes only not property of debtor's estate) | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS<br><br>Household goods, furnishings and supplies | 7,500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-52459 | CAG | Judge: Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STAN P BATES | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 05/07/2018 | | | Claims Bar Date: | 05/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. ELECTRONICS<br><br>7 televisions, 1 stereo system, 2 computers, 3 cell phones, x box and video games, | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. COLLECTIBLES OF VALUE<br><br>Misc. oil painting and prints, football jerseys (2) (2) football helmets (2) footballs | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. EQUIPMENT FOR SPORTS AND HOBBIES<br><br>golf clubs, bag and tees, fishing poles, tents, bow and arrows, ammunition (mise) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS<br><br>.12 gauge shotgun; Sig 929 pistol | 800.00 | 0.00 | | 0.00 | FA |
| 11. CLOTHES<br><br>Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY<br><br>Jewelry 1 watch, 2 bracelets, 1 pin, 4 cluff links, and misc. costume jewelry | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. NON-FARM ANIMALS<br><br>2 dogs, 1 chinchilla | 90.00 | 0.00 | | 0.00 | FA |
| 14. ANY OTHER PERSONAL AND HOUSEHOLD IT<br><br>weight set and bench press | 200.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-52459 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STAN P BATES | | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 05/07/2018 | | | | Claims Bar Date: | 05/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. CASH<br><br>CASH | 370.00 | 0.00 | | 0.00 | FA |
| 16. DEPOSITS OF MONEY<br><br>Checking account (Frost National Bank) | -29,772.00 | 50,000.00 | | 303,515.06 | FA |
| 17. BONDS, MUTUAL FUNDS, OR PUBLICLY TRADED<br><br>51% FWLL, LLC (in bankrupcy case number 15-52071 CAG | 0.00 | 0.00 | | 0.00 | FA |
| 18. BONDS, MUTUAL FUNDS, OR PUBLICLY TR<br><br>40% BT & G Capital, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19. NON-PUBLICLY TRADED STOCK AND INTER<br><br>60% Interest in Taurus Specialty Services | 0.00 | 0.00 | | 0.00 | FA |
| 20. OTHER CONTINGENT AND UNLIQUIDATED<br><br>Claims against unknown third party assailants and Liv Ultra Bar, et al. arising from assault outside bar - UNKNOWN<br><br>Claims against Trinity Global Funding Consulting & Gary Cain, 1152 Westheimer, Suite 225, Houston, Texas 77006 - $300,000.00<br><br>Claims against Carlos Uresti- personal cash loan $12,500.00<br><br>Claims against Carlos Uresti -breach of fidcuiary duty and conflicts of Interest,etc. - $500,000.00 | 812,500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-52459 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STAN P BATES | | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 05/07/2018 | | | | Claims Bar Date: | 05/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. ACCOUNTS RECEIVABLE uncollectable claims against FWLL, LLC (for loans or payments made on behalf of the corporation) | 474,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,473,688.00 $50,000.00 $303,515.06 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

10/10/17jr TFR PENDING CLEARANCE OF PRO-RATA BOND PAYMENT CHECK

09/12/17jr AWAITING COURT ORDER ON FOUR WINDS COMPANION CASE TO DETERMINE HOW TO PROCEED WITH TFR

08/24/17jr PENDING RESET CONSIDERATION OF MY MOTION TO DETERMINE HOW TO DISTRIBUTE FUNDS IN THIS CASE TO COORDINATE WITH CASE FWLL, LLC IN WHICH RANDY OSHEROW IS TRUSTEE.  ADVERSARY PENDING IN THE FWLL, LLC CASE TRIAL SET FOR 9/11/17

05/30/17jr Will do final tax returns; will file fee app for myself as attorney and also fee app for Janet Rakowitz to complete final taxes.

04/19/17jr Still pending court decision.

03/14/17jr Will do final tax returns; will file fee app for myself as attorney and also fee app for Janet Rakowitz to complete final taxes.

02/17/17jr HEARING ON OBJECTION TO POC FILED BY TEXAS AG HELD ON 2/9/17; JUDGE GARGOTTA HAS TAKEN CASE UNDER ADVISEMENT AND WILL MAKE RULING IN 30-60 DAYS.

01/09/17jr FILED OBJECTION TO POC FILED BY STATE OF TEXAS; PENDING HEARING 2/7/17

11/30/16jr  Research issue re prepayment claim for child support; conflict exists between state and bk law under reivew.

10/25/16jr  TFR to be prepared

9/22/16jr Will prepare TFR; state law allows for prepaid child support treatment.


Initial Projected Date of Final Report (TFR): 08/30/2017          Current Projected Date of Final Report (TFR): 08/30/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-52459 | Trustee Name: JOSE C. RODRIGUEZ | |
| Case Name: STAN P BATES | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX1038 | |
| | CHECKING ACCOUNT | |
| Taxpayer ID No: XX-XXX1457 | Blanket Bond (per case limit): $0.00 | |
| For Period Ending: 05/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/23/15 | 16 | STAN BATES<br>FROST BANKSAN ANTONIO, TX  78296 | BANK ACCOUNT BALANCES | 1129-000 | $303,515.06 | | $303,515.06 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $58.20 | $303,456.86 |
| 12/20/15 | 101 | STAN P. BATES<br>3911 LUZ DEL FAROSAN ANTONIO, TX 78261 | COURT ORDERED PAYMENT PURSUANT ORDER DIRECTING INTERIM CHAPTER 7 TRUSTEE TO MAKE DISBURSEMENT TO PUTATIVE DEBTOR ENTERED 12/18/15 | 8500-002 | | $20,000.00 | $283,456.86 |
| 02/24/16 | 102 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420NEW ORLEANS, LA  70139 | BLANKET BOND PREMIUM | 2300-000 | | $133.66 | $283,323.20 |
| 03/03/17 | 103 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | BOND PAYMENT | 2300-000 | | $52.17 | $283,271.03 |
| 07/11/17 | 104 | 2040 BABCOCK, LTD.<br>C/O RONALD SMEBERG<br>THE SMEBERG LAW FIRM PLLC<br>2010 WEST KINGS HIGHWAY<br>SAN ANTONIO, TX  78201 | ADMINISTRATIVE CLAIM PURSUANT ORDER ON MOTION FOR ADMINISTRATIVE CLAIM AGAINST DEBTORS ESTATE ENTERED 03/14/16, DKT. #132 | 2990-000 | | $11,716.96 | $271,554.07 |
| 08/15/17 | 105 | JOSE C. RODRIGUEZ<br>LAW OFFICES OF JOSE C. RODRIGUEZ<br>342 W. WOODLAWN, STE. 103<br>SAN ANTONIO, TX  78212 | ATTORNEY FEES PURSUANT TO ORDER ON FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL ENTERED 08/14/17 | 3110-000 | | $3,217.50 | $268,336.57 |

Page Subtotals: $303,515.06   $35,178.49

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-52459 | Trustee Name: JOSE C. RODRIGUEZ |
| Case Name: STAN P BATES | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX1038 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1457 | Blanket Bond (per case limit): $0.00 |
| For Period Ending: 05/07/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/17 | 106 | JOSE C. RODRIGUEZ<br>LAW OFFICES OF JOSE C. RODRIGUEZ<br>342 W. WOODLAWN, STE. 103<br>SAN ANTONIO, TX 78212 | ATTORNEY EXPENSES PURSUANT TO ORDER ON FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL ENTERED 08/14/17 | 3120-000 | | $231.74 | $268,104.83 |
| 10/03/17 | 107 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS | 2300-000 | | $83.29 | $268,021.54 |
| 02/13/18 | 108 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE COMPENSATION PURSUANT ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 02/06/18, DKT. #203 | 2100-000 | | $17,425.75 | $250,595.79 |
| 02/13/18 | 109 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE EXPENSES PURSUANT ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 02/06/18, DKT. #203 | 2200-000 | | $960.67 | $249,635.12 |
| 02/13/18 | 110 | OFFICE OF THE ATTORNEY GENERAL - 20<br>Attn: Randolph V. Gonzalez<br>106 S. St. Mary's St., Ste. 445<br>San Antonio, Texas 78205 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 5100-000 | | $1,114.91 | $248,520.21 |
| 02/13/18 | 111 | INTERNAL REVENUE SERV<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 5800-000 | | $29,082.14 | $219,438.07 |
| 02/13/18 | 112 | INTERNAL REVENUE SERV<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 4300-000 | | $1,760.97 | $217,677.10 |

Page Subtotals: $0.00 $50,659.47

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-52459  
Case Name: STAN P BATES  
Taxpayer ID No: XX-XXX1457  
For Period Ending: 05/07/2018  

Trustee Name: JOSE C. RODRIGUEZ  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX1038  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $0.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/18 | 113 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $696.83 | $216,980.27 |
| 02/13/18 | 114 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $44.38 | $216,935.89 |
| 02/13/18 | 115 | HITACHI CAPITAL AMERICA CORP.<br>c/o Matthew F. Kye, Esq.<br>Magnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $330.06 | $216,605.83 |
| 02/13/18 | 116 | JOHN D. SAUDER AUTO COMPANY<br>c/o Smeberg Law Firm, PLLC<br>2010 West Kings Highway<br>San Antonio, TX 78201 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $215.01 | $216,390.82 |
| 02/13/18 | 117 | KINGDOM CHEVEROLET, INC.<br>c/o The Smeberg Law Firm, PLLC<br>2010 West Kings Highway<br>San Antonio, TX 78201 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $490.29 | $215,900.53 |
| 02/13/18 | 118 | RANDOLPH N. OSHEROW<br>Trustee for Estate of FWLL, LLC<br>Case No. 15-52071)<br>c/o David S. Gragg<br>745 E. Mulberry, #900<br>San Antonio, TX 78212 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $215,122.02 | $778.51 |
| 02/13/18 | 119 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $357.38 | $421.13 |
| 02/13/18 | 120 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $206.15 | $214.98 |
| 02/13/18 | 121 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/08/17, DKT. #195 | 7100-000 | | $214.98 | $0.00 |

Page Subtotals: $0.00 $217,677.10

UST Form 101-7-TDR (10/1/2010) (Page: 16)

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $303,515.06 | $303,515.06 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $303,515.06 | $303,515.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $303,515.06 | $303,515.06 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1038 - CHECKING ACCOUNT | $303,515.06 | $303,515.06 | $0.00 |
| | $303,515.06 | $303,515.06 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $303,515.06 |
| Total Gross Receipts: | $303,515.06 |

Page Subtotals: $0.00 $0.00